Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 369-0800
Fax:  (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and KEVIN AVOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEWAVE FOODS COMPANY, DEAN FOODS COMPANY, WWF OPERATING COMPANY, and HORIZON ORGANIC DAIRY LLC,<br><br>Defendants. | Case No.  3:13-cv-01953-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS  COMPLAINT**<br><br>Judge:  Hon. Samuel Conti<br><br>Original Complaint Filed:  April 29, 2013 |

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 29, 2013, Plaintiffs filed their Complaint for Damages, Equitable and Injunctive Relief ("Complaint");

WHEREAS, on August 1, 2013, Defendants filed a Motion to Dismiss Plaintiffs' Complaint ("Motion");

WHEREAS, Plaintiffs' response to the Motion is due August 15, 2013, the reply is due August 22, 2013 and the hearing is scheduled on September 13, 2013;

WHEREAS, Plaintiffs need more time to prepare their response to the Motion;

NOW, therefore, the parties hereby STIPULATE that Plaintiffs' response to Defendants' Motion to Dismiss will be due September 3, 2013, Defendant's reply will be due September 18, 2013 and the hearing shall be scheduled on October 11, 2013.

IT IS SO STIPULATED.

Dated: August 6, 2013

PRATT & ASSOCIATES

/s/ Pierce Gore
Ben F. Pierce Gore

Attorney for Plaintiffs
ALEX ANG and KEVIN AVOY

Dated: August 6, 2013

LINER GRODE STEIN YANKELEVITZ SUNSHINE

/s/ Angela C. Agrusa
Angela C. Agrusa

Attorney for Defendants
WHITEWAVE FOODS COMPANY, DEAN FOODS COMPANY, WWF OPERATING COMPANY, and HORIZON ORGANIC DAIRY LLC

Pierce Gore attests that Angela C. Agrusa has consented to the filing of this document.

/s/ Pierce Gore
Pierce Gore

**ORDER**

**IT IS SO ORDERED**, this __9__ day of August, 2013.

_____
Judge Samuel Conti

2
Stipulation re Briefing Schedule on Motion to Dismiss