Angela C. Agrusa (SBN 131337)
   aagrusa@linerlaw.com
Randall J. Sunshine (SBN 137363)
   rsunshine@linerlaw.com
Nathan M. Davis (SBN 287452)
   ndavis@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3503
Telephone:   (310) 500-3500
Facsimile:    (310) 500-3501

Attorneys for WWF OPERATING COMPANY
d/b/a/ WHITEWAVE FOODS (erroneously sued
as WHITEWAVE FOODS COMPANY), HORIZON
ORGANIC DAIRY LLC, and DEAN FOODS COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and KEVIN AVOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITEWAVE FOODS COMPANY, DEAN FOODS COMPANY, WWF OPERATING COMPANY, and HORIZON ORGANIC DAIRY LLC,<br><br>Defendants. | Case No. CV 13 1953 LB<br><br>**STIPULATION TO ALLOW DEFENDANTS TO FILE REPLY BRIEF IN EXCESS OF FIFTEEN PAGES; [PROPOSED] ORDER** |

Plaintiffs Alex Ang and Kevin Avoy ("Plaintiffs") and Defendants WWF Operating Co. d/b/a WhiteWave Foods, Horizon Organic Dairy, LLC, and Dean Foods Company (collectively "Defendants"), by and through their undersigned attorneys, hereby stipulate as follows:

Whereas Defendants' Motion to Dismiss Plaintiffs' Class Action and Representative Action Complaint was within the page limits prescribed by the Local Rules;

Whereas Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss Class Action and Representative Action Complaint exceeded the page limits prescribed by the Local Rules by more than two pages;

Whereas numerous issues exist requiring responses, and Defendants' counsel diligently have endeavored to limit the Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Class Action and Representative Action Complaint to fifteen pages, as prescribed by the Local Rules, and after multiple rounds of editing have succeeded in paring the document to less than seventeen pages; and

Whereas Defendants require an additional two pages over the page limit prescribed by the Local Rules, lest their argument become cryptic and less clear for the Court's careful consideration,

Now therefore, the parties agree that, subject to the Court's approval, Defendants may file a Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Class Action and Representative Action Complaint in excess of the page limit set by the Local Rules, not to exceed seventeen pages.

IT IS SO STIPULATED.

Dated: September 18, 2013            LINER GRODE STEIN YANKELEVITZ
                                     SUNSHINE REGENSTREIF & TAYLOR LLP

                                     By:   */s/ Angela C. Agrusa*
                                           Angela C. Agrusa
                                           Attorneys for WWF OPERATING COMPANY
                                           d/b/a/ WHITEWAVE FOODS (erroneously sued
                                           as WHITEWAVE FOODS COMPANY),
                                           HORIZON ORGANIC DAIRY LLC, and DEAN
                                           FOODS COMPANY

Dated: September 18, 2013            PROVOST UMPHREY LAW FIRM LLP

                                     By:   */s/ David P. Wilson*
                                           David P. Wilson
                                           Attorneys for Plaintiffs ALEX ANG and KEVIN
                                           AVOY

[*Remainder of page intentionally left blank. [Proposed] Order to follow on subsequent page*]

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____09/19_____, 2013



_____
Honorable
United States Judge Samuel Conti

Liner Grode Stein Yankelevitz Sunshine Regenstreif + Taylor LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3505

41299.019-1060947v5.1

3

Case No. CV 13 1953 LB

STIPULATION TO ALLOW DEFENDANTS TO FILE REPLY BRIEF IN EXCESS OF FIFTEEN PAGES